1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Leticia Gonzalez JIMENEZ, | **Case No. C-12-3558 RMW** |
| Petitioner, | **ORDER EXTENDING TIME TO FILE REPLY** |
| v. | |
| Janet NAPOLITANO, et al., | |
| Respondents. | |

**ORDER**

This Court, having considered the motions of petitioner to extend the time to reply and respondents' non-opposition, finds good cause to grant an extension. Petitioner's reply is due on November 5, 2012.

**IT IS SO ORDERED.**

Dated: November 1, 2012

*Ronald M. Whyte*
Ronald M. Whyte
United States District Court Judge

Order Extending Time
Case No. C-12-3558 RMW
SW

- 1 -