UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Leticia Gonzalez JIMENEZ,<br><br>    Petitioner,<br><br>    v.<br><br>Janet NAPOLITANO, et al.,<br><br>    Respondents. | **Case No. C-12-3558 RMW**<br><br>**ORDER EXTENDING TIME TO FILE REPLY** |

### ORDER

This Court, having considered the motions of petitioner to extend the time to reply and respondents' non-opposition, finds good cause to grant an extension. Petitioner's reply is due on November 5, 2012.

**IT IS SO ORDERED.**

Dated: November 1, 2012

*Ronald M. Whyte*
Ronald M. Whyte
United States District Court Judge

Order Extending Time
Case No. C-12-3558 RMW
SW

- 1 -