STUART F. DELERY
Acting Assistant Attorney General
JEFFREY S. ROBINS
Assistant Director
DURWOOD H. RIEDEL
Trial Attorney
District Court Section
Office of Immigration Litigation
Civil Division
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-3074
Facsimile: (202) 305-7000
Email: durwood.h.riedel@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| Leticia Gonzalez JIMENEZ, | ) | |
| | ) | |
| Petitioner, | ) | No. 5:12-cv-3558-RMW |
| | ) | |
| v. | ) | STIPULATION TO |
| | ) | BRIEFING SCHEDULE |
| Janet NAPOLITANO, et al., | ) | |
| | ) | |
| Respondents. | ) | |

//

//

//

//

//

//

//

1    On July 9, 2012, Petitioner filed a motion for a stay of removal and a habeas petition.  On

2  August 1, 2012, the Court granted the motion.  The Parties hereby agree to the following briefing

3  schedule in good faith, which would not prejudice the Petitioner:[1]

4
5    Respondents' response:          due on or before September 28, 2012
     to the petition:

6
7    Petitioner's reply:             due on or before October 29, 2012

8  Date:  August 3, 2012             Respectfully Submitted,

9                                    STUART F. DELERY
                                     Acting Assistant Attorney General
10
11                                   JEFFREY S. ROBINS
                                     Assistant Director
12
13                                   */s/ D. H. Riedel*
                                     DURWOOD H. RIEDEL
14                                   Trial Attorney
                                     District Court Section
15                                   Office of Immigration Litigation
                                     Civil Division
16                                   U.S. Department of Justice
                                     P.O. Box 868, Ben Franklin Station
17                                   Washington, D.C. 20044
                                     Tel: (202) 616-3074; Fax:  (202) 305-7000
18                                   durwood.h.riedel@usdoj.gov
                                     *Attorneys for Respondents*
19
20  Date:  August 3, 2012            /s/ James Todd Bennett
                                     JAMES TODD BENNETT
21                                   *Attorney for Petitioner*

22
23                         **PROPOSED ORDER**

24    Pursuant to the Parties' stipulation, IT IS SO ORDERED.

25  Date:  _____        *Ronald M. Whyte*

26                                   RONALD M. WHYTE
                                     United States District Judge
27

28  _____
[1] I, Durwood Riedel, hereby attest that I gained the concurrence of each signatory whose
signature is represented by a conformed signature (/s/) in the filing of this document.

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2012, I filed a copy of the foregoing Stipulation to Briefing Schedule with the clerk of court via CM/ECF, which sent an electronic notice to the attorneys of record for each party.

*/s/ D. H. Riedel*
DURWOOD H. RIEDEL
Trial Attorney