STUART F. DELERY
Acting Assistant Attorney General
JEFFREY S. ROBINS
Assistant Director
DURWOOD H. RIEDEL
Trial Attorney
District Court Section
Office of Immigration Litigation
Civil Division
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-3074
Facsimile: (202) 305-7000
Email: durwood.h.riedel@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| Leticia Gonzalez JIMENEZ, | ) | |
| | ) | |
| Petitioner, | ) | No. 5:12-cv-3558-RMW |
| | ) | |
| v. | ) | STIPULATION TO |
| | ) | BRIEFING SCHEDULE |
| Janet NAPOLITANO, et al., | ) | |
| | ) | |
| Respondents. | ) | |

//

//

//

//

//

//

//

On July 9, 2012, Petitioner filed a motion for a stay of removal and a habeas petition. On August 1, 2012, the Court granted the motion. The Parties hereby agree to the following briefing schedule in good faith, which would not prejudice the Petitioner:[1]

Respondents' response:    due on or before September 28, 2012
to the petition:

Petitioner's reply:    due on or before October 29, 2012

Date: August 3, 2012    Respectfully Submitted,

STUART F. DELERY
Acting Assistant Attorney General

JEFFREY S. ROBINS
Assistant Director

*/s/ D. H. Riedel*
DURWOOD H. RIEDEL
Trial Attorney
District Court Section
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-3074; Fax:  (202) 305-7000
durwood.h.riedel@usdoj.gov
*Attorneys for Respondents*

Date: August 3, 2012    /s/ James Todd Bennett
JAMES TODD BENNETT
*Attorney for Petitioner*

**PROPOSED ORDER**

Pursuant to the Parties' stipulation, IT IS SO ORDERED.

Date: _____    _____
RONALD M. WHYTE
United States District Judge

---

[1] I, Durwood Riedel, hereby attest that I gained the concurrence of each signatory whose signature is represented by a conformed signature (/s/) in the filing of this document.

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2012, I filed a copy of the foregoing Stipulation to Briefing Schedule with the clerk of court via CM/ECF, which sent an electronic notice to the attorneys of record for each party.

*/s/ D. H. Riedel*
DURWOOD H. RIEDEL
Trial Attorney